UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA STANG,

    Plaintiff,

v.

DELTA AIRLINES, INC.,

    Defendant.

Case No. 18-13112
Honorable Laurie J. Michelson
Magistrate Judge David R. Grand

## ORDER TO SHOW CAUSE

Plaintiff Maria Stang, a flight attendant, alleges that her employer Delta Airlines harassed, discriminated, and retaliated against her in violation of state and federal law. She filed her complaint on October 4, 2018 (ECF No. 1). A summons was issued for Defendant (ECF No. 2); however, no return of service has been filed. Plaintiff has taken no further action to prosecute the case. It is not clear to the Court whether Plaintiff's failure to prosecute is inadvertent or intentional.

Pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.2, this Court may dismiss complaints for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962). The local rule provides that when "the parties have taken no action for a reasonable time, the court may, on its own motion after reasonable notice or an application of a party, enter an order dismissing or remanding the case unless good cause is shown." E.D. Mich. L.R. 41.2.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's counsel show cause, in writing, by February 13, 2019, why this case should not be dismissed for lack of prosecution. Failure to timely respond may result in dismissal of the case.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Date:  January 25, 2019

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, January 25, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

s/William Barkholz
Case Manager