UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARIA STANG,<br><br>    Plaintiff,<br><br>v.<br><br>DELTA AIRLINES, INC.,<br><br>    Defendant. | Case No. 18-13112<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge David R. Grand |

## ORDER REGARDING DETERMINATION OF MOTION

Before the Court is Defendant's Rule 12(b)(6) motion for partial dismissal of Plaintiff's complaint (ECF no. 9). The response brief and any reply brief shall be filed in compliance with E.D. Mich. LR 7.1.

If the total brief (including exhibits) exceeds 20 pages, a courtesy copy of the motion, brief, response, or reply, with tabbed and highlighted exhibits, shall be mailed or hand delivered to United States District Judge Laurie J. Michelson at 231 W. Lafayette, Room 838, Detroit, MI 48226. Courtesy copies should conform to Judge Michelson's case-management requirements that were docketed earlier in the case (usually as part of the scheduling order).

If, upon review of all the briefing, the Court finds that oral argument would aid in resolving the disputed issues, a notice will be filed on the docket setting a hearing. Otherwise, the Court will decide the motion on the briefs. *See* Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f).

SO ORDERED.

                                                                    s/Laurie J. Michelson
                                                                    LAURIE J. MICHELSON
                                                                    UNITED STATES DISTRICT JUDGE

Date: April 3, 2019

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 3, 2019, using the Electronic Court Filing system.

           s/William Barkholz
           Case Manager